THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JORDAN CAMERON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, a New Jersey corporations and DOES 1-10,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:23-CV-00320-HCN-DBP<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Dustin B. Pead |

Before the court is Plaintiff's Motion to Compel Response to Plaintiff's Subpoena to Leads Interactive LLC.[1] On November 25, 2025, Plaintiff served Leads Interactive with a subpoena seeking certain documents and Electronically Stored Information (ESI). [2] Receiving no response Plaintiff filed the current Motion. To date, Leads Interactive has not responded to the either the subpoena or the Motion. As set forth herein the court grants Plaintiff's Motion and Orders Leads Interactive to comply.

Plaintiff brings this matter alleging violations of the Telephone Consumer Protection Act. Leads Interactive appears to be engaged in providing consumer leads to certain companies including Defendant. Plaintiff's subpoena seeks the following:

REQUEST 1: Documents and/or ESI sufficient to identify all Lead Data generated through the website saveyourinsurance.com on October 2, 2022.

REQUEST 2: Documents, Communications and/or ESI comprising any and all

---

[1] Short Form Discovery Motion to Compel Response to Plaintiff's Subpoena to Leads Interactive, LLC, ECF No. 79 (Motion).

[2] Motion Ex. 2, ECF No. 79-2.

contracts and/or agreement for lead generation that have ever existed between you and CHW.

REQUEST 3: Documents, Communications and/or ESI comprising your transfer and/or sale of any Lead Data containing the phone number 801-913-9185 to CHW.

REQUEST 4: All metadata associated with any and all Lead Data collected by you that includes the phone number 801-913-9185.

REQUEST 5: Documents and ESI that comprise all iterations of all Consent Disclosures that existed on saveyourinsurance.com between January 1, 2022, and March 1, 2023, including metadata that shows the date such Consent Disclosures were originally posted online.

REQUEST 6: All Consent Verifications you obtained for any Lead Data containing the phone number 801-913-9185.

REQUEST 7: Documents, Communications and/or ESI, including audio recordings, that comprise any Warm Transfer between you and CHW of any telephone call initiated to 801-913-9185.

REQUEST 8: Contracts or other documents governing your relationship with CHW pursuant to which you provided Lead Data and/or Warm Transfers at any time since February 1, 2019.

REQUEST 9: Documents and ESI comprising all logs or other records showing dates and changes made to saveyourinsurance.com for the period beginning 6 months before October 2, 2022, and 6 months after.

REQUEST 9: Documents and ESI sufficient to show all money paid to you by CHW since January 1, 2022.

REQUEST 10: Documents and ESI sufficient to identify all Lead Data sold by you to CHW since January 1, 2020.[3]

Plaintiff served the subpoena on Naja Hubert, Team Lead, who Plaintiff asserts is authorized to accept service. After receiving no response to the subpoena Plaintiff served the current Motion to Compel. The Motion was served via email on February 4, 2026, and via

---

[3] *Id.* Ex. 1, ECF No. 79-1.

personal service on March 20, 2026.[4] No response to the Motion has been filed and the time to do so has passed. Under the Local Rules, a "failure to respond timely to a motion may result in the court granting the motion without further notice."[5] There is nothing before the court to provide any basis to deny Plaintiff's Motion.

      Plaintiff's Motion to Compel is therefore GRANTED. Leads Interactive is to respond to Plaintiff's subpoena within forty (40) days from the date of this order. Plaintiff is to serve a copy of this order on Leads Interactive.

      IT IS SO ORDERED.

      DATED this 4 May 2026.

_____
Dustin B. Pead
United States Magistrate Judge

---

[4] Request to Submit, ECF No. 86.

[5] DUCivR 7-1(f) (2025).

3